UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
KENNEDY PINTO, KATIA PINTO, and
RANDY WINNER on behalf of themselves
and other similarly situated,

                                              Index No. 12 Civ. 3730

        **Plaintiffs,**

    v.

**FELIDIA RESTAURANT, INC. and LIDIA
BASTIANICH**

        **Defendants.**
----------------------------------------------------------x

## NOTICE OF MOTION

      PLEASE TAKE NOTICE that upon the accompanying memorandum of law and annexed materials, Plaintiffs, on behalf of themselves and all others similarly situated, by their undersigned attorneys, shall move the Court before the Honorable Paul A. Crotty at the United States Court for the Southern District of New York, 500 Pearl Street, New York, New York, on such day and time as counsel may be heard, for an order preliminarily approving the class action settlement agreement and notice to the class.

Dated:  New York, New York
          May 9, 2013

                                              /s/ Denise A. Schulman
                                              D. Maimon Kirschenbaum
                                              Denise A. Schulman
                                              JOSEPH & KIRSCHENBAUM LLP
                                              233 Broadway, 5th Floor
                                              New York, NY 10279
                                              (212) 688-5640
                                              (212) 688-2548 (fax)

                                              *Attorneys for Plaintiffs, FLSA Collective Plaintiffs,*
                                              *and the proposed class*