UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KENNEDY PINTO, KATIA PINTO, and
RANDY WINNER on behalf of themselves
and other similarly situated,

                                                     **Index No. 12 Civ. 3730**

        **Plaintiffs,**

   v.

**FELIDIA RESTAURANT, INC. and LIDIA
BASTIANICH,**

        **Defendants.**
------------------------------------------------------------x

## NOTICE OF MOTION

      PLEASE TAKE NOTICE that upon the accompanying memorandum of law and annexed materials, Plaintiffs, on behalf of themselves and all others similarly situated, by their undersigned attorneys, shall move the Court before the Honorable Paul A. Crotty at the United States Court for the Southern District of New York, 500 Pearl Street, New York, New York, on February 27, 2014 at 4:45 p.m., for an order approving the class action settlement agreement.

Dated:   New York, New York
          February 20, 2014

                                                  _/s/ Denise A. Schulman_
                                                  D. Maimon Kirschenbaum
                                                  Denise A. Schulman
                                                  JOSEPH & KIRSCHENBAUM LLP
                                                  233 Broadway, 5th Floor
                                                  New York, NY 10279
                                                  (212) 688-5640
                                                  (212) 688-2548 (fax)

                                                  _Attorneys for Plaintiffs, FLSA Collective Plaintiffs,_
                                                  _and the class_